IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODIE L. DETWILER,<br>Plaintiff, | )<br>)<br>) |
| vs. | ) Civil Action No. 08-1099 |
| CLARK METAL PRODUCTS CO.,<br>Defendant. | )<br>)<br>) |

ORDER

AND NOW, this 12th day of April, 2010, after the plaintiff, Jodie L. Detwiler, filed an action in the above-captioned case, and after a motion for summary judgment was submitted by the defendant, Clark Metal Products Company, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 28), which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's motion for summary judgment (Docket No. 19) is denied.

Donetta W. Ambrose
United States District Judge